EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte:  Ricardo R. Pesquera Annexy | 2013 TSPR 154  189 DPR ____ |
|---|---|

Número del Caso: TS-6987

Fecha: 23 de diciembre de 2013

Abogado del Peticionario:

        Por derecho Propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  Ricardo R. Pesquera Annexy         TS-6987

RESOLUCIÓN

San Juan, Puerto Rico, a 23 de diciembre de 2013.

Examinada la *Moción Solicitando Reactivación como Abogado en el Registro Único de Abogados y Abogadas del Tribunal Supremo* presentada por el Lcdo. Ricardo R. Pesquera Annexy, se provee ha lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

En cuanto a la acreditación de Educación Jurídica Continua refiérase a la Oficina del Programa de Educación Jurídica Continua para la acción correspondiente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo